## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23072101 - 0476077 | $10,555.00 | 7/21/2023 | 06/30/2023_Dannys Detail_OR_Bin_TD | 7/1/2023 | $140.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23072101 - 0476077 | $10,555.00 | 7/21/2023 | 06/30/2023_Dannys Detail_OR_Details | 7/1/2023 | $6,845.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23072101 - 0476077 | $10,555.00 | 7/21/2023 | 06/30/2023_Dannys Detail_Pomona_Bin_ TD | 6/30/2023 | $3,430.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23072101 - 0476077 | $10,555.00 | 7/21/2023 | 06/30/2023_Dannys Detail_Oak_BIN_TD | 7/1/2023 | $140.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23072701 - 2085281 | $111,939.00 | 7/28/2023 | 07/15/2023_Dannys Detail_Oak_Details | 7/15/2023 | $32,245.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23072701 - 2085281 | $111,939.00 | 7/28/2023 | 07/15/2023_Dannys Detail_Pomona_Det ails | 7/15/2023 | $18,110.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23072701 - 2085281 | $111,939.00 | 7/28/2023 | 07/15/2023_Dannys Detail_Pomona_Bin_ TD | 7/15/2023 | $3,955.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23072701 - 2085281 | $111,939.00 | 7/28/2023 | 07/15/2023_Dannys Detail_OR_Bin_TD | 7/15/2023 | $35.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23072701 - 2085281 | $111,939.00 | 7/28/2023 | 07/15/2023_Dannys Detail_Oak_BIN_TD | 7/15/2023 | $35.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23072701 - 2085281 | $111,939.00 | 7/28/2023 | 06/30/2023_Dannys Detail_Pomona_Det ails | 7/1/2023 | $18,480.50 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23072701 - 2085281 | $111,939.00 | 7/28/2023 | 06/30/2023_Dannys Detail_Oak_Details | 7/1/2023 | $30,840.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23072701 - 2085281 | $111,939.00 | 7/28/2023 | 07/15/2023_Dannys Detail_OR_Details | 7/15/2023 | $8,238.50 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23081101 - 5488829 | $2,345.00 | 8/11/2023 | 07/31/2023_Dannys Detail_Oak_BIN_TD | 8/1/2023 | $70.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23081101 - 5488829 | $2,345.00 | 8/11/2023 | 07/31/2023_Dannys Detail_Pomona_Bin_ TD | 8/1/2023 | $2,275.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23081701 - 7143136 | $56,021.00 | 8/18/2023 | 07/31/2023_Dannys Detail_Pomona_Det ails | 8/1/2023 | $17,090.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23081701 - 7143136 | $56,021.00 | 8/18/2023 | 07/31/2023_Dannys Detail_OR_Details | 8/1/2023 | $6,231.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23081701 - 7143136 | $56,021.00 | 8/18/2023 | 07/31/2023_Dannys Detail_Oak_Details | 8/1/2023 | $32,630.00 |

The Ding Doctor, Inc. dba Danny's Detail (2282761)
Bankruptcy Case: Shift Technologies, Inc.

Oct 6, 2025

Exhibit A

P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23081701 - 7143136 | $56,021.00 | 8/18/2023 | 07/31/2023_Dannys Detail_OR_Bin_TD | 8/1/2023 | $70.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23082501 - 8734766 | $48,314.00 | 8/25/2023 | 08/15/2023_Dannys Detail_Oak_Details | 8/15/2023 | $20,915.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23082501 - 8734766 | $48,314.00 | 8/25/2023 | 08/15/2023_Dannys Detail_OR_Bin_TD | 8/15/2023 | $105.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23082501 - 8734766 | $48,314.00 | 8/25/2023 | 08/15/2023_Dannys Detail_OR_Details | 8/15/2023 | $5,804.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23082501 - 8734766 | $48,314.00 | 8/25/2023 | 08/15/2023_Dannys Detail_Pomona_Bin_TD | 8/15/2023 | $2,345.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23082501 - 8734766 | $48,314.00 | 8/25/2023 | 08/15/2023_Dannys Detail_Pomona_Details | 8/15/2023 | $19,145.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23091501 - 3616879 | $39,428.50 | 9/15/2023 | 08/31/2023_Dannys Detail_OR_Bin_TD | 9/1/2023 | $70.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23091501 - 3616879 | $39,428.50 | 9/15/2023 | 08/31/2023_Dannys Detail_Pomona_Details | 9/1/2023 | $15,450.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23091501 - 3616879 | $39,428.50 | 9/15/2023 | 08/31/2023_Dannys Detail_OR_Details | 9/1/2023 | $4,403.50 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23091501 - 3616879 | $39,428.50 | 9/15/2023 | 08/31/2023_Dannys Detail_Oak_Details | 9/1/2023 | $17,440.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23091501 - 3616879 | $39,428.50 | 9/15/2023 | 08/31/2023_Dannys Detail_Pomona_Bin_TD | 9/1/2023 | $2,065.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23092901 - 6558368 | $25,076.00 | 9/29/2023 | 09/15/2023_Dannys Detail_Pomona_Details | 9/15/2023 | $6,682.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23092901 - 6558368 | $25,076.00 | 9/29/2023 | 09/15/2023_Dannys Detail_Oak_BIN_TD | 9/15/2023 | $35.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23092901 - 6558368 | $25,076.00 | 9/29/2023 | 09/15/2023_Dannys Detail_Oak_Details | 9/15/2023 | $15,040.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23092901 - 6558368 | $25,076.00 | 9/29/2023 | 09/15/2023_Dannys Detail_OR_BIN_TD | 9/15/2023 | $70.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23092901 - 6558368 | $25,076.00 | 9/29/2023 | 09/15/2023_Dannys Detail_OR_Details | 9/15/2023 | $694.00 |
| Shift Operations LLC | Shift Technologies, Inc. and/or other Shift Debtors | P23092901 - 6558368 | $25,076.00 | 9/29/2023 | 09/15/2023_Dannys Detail_Pomona_Bin_TD | 9/15/2023 | $2,555.00 |

**Totals:**    **7 transfer(s),**    **$293,678.50**

The Ding Doctor, Inc. dba Danny's Detail (2282761)
Bankruptcy Case: Shift Technologies, Inc.

Oct 6, 2025

Exhibit A

P. 2